UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES GOODEN,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>PATRICK EATON, et al.,<br><br>　　　　　Defendants. | Case No.: 1:25-cv-00316-KES-EPG (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DISMISSING ACTION FOR FAILURE TO STATE A CLAIM<br><br>Doc. 12 |

　　　Plaintiff Charles Gooden is a state prisoner proceeding pro se and in forma pauperis in this civil rights action under 42 U.S.C. § 1983.  The matter was referred to a United States magistrate judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

　　　On April 23, 2025, the assigned magistrate judge screened plaintiff's complaint and found that it failed to state a cognizable claim.  Doc. 10.  Specifically, the Court found that the complaint failed to include sufficient facts to allege that defendants were aware of any risk to plaintiff's safety, failed to respond to plaintiff's mental health needs, or that defendants deprived plaintiff of any procedural due process regarding his issued rules violation report.  *See generally id.*  The magistrate judge afforded plaintiff thirty days to either file a first amended complaint or file a notice stating that he intended to stand on his initial complaint.  *Id.* at 10.  Plaintiff did not respond to the screening order.  On July 10, 2025, the assigned magistrate judge issued findings

and recommendations recommending that this action be dismissed for failure to state a claim. Doc. 12. The findings and recommendations were served on plaintiff and contained notice that objections were to be filed within thirty (30) days of service. *Id*. at 9. Plaintiff has not filed objections and the time to do so has expired.

In accordance with 28 U.S.C. § 636(b)(1), this Court has conducted a de novo review of this case. After carefully reviewing the file, the Court finds that the findings and recommendations are supported by the record and proper analysis.

Accordingly:

1. The findings and recommendations issued July 10, 2025, Doc. 12, are ADOPTED in full;
2. This action is DISMISSED for failure to state a claim; and
3. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated:   September 15, 2025

UNITED STATES DISTRICT JUDGE

2